■ In the Matter of ANTHONY COOKE, Petitioner, v NEIL J. FIRETOG et al., Respondents. [628 NYS2d 530] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, *inter alia,* to prohibit the respondents from retrying the petitioner under Kings County Indictment No. 1656/92 on the ground of double jeopardy.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a

court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" *(Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. The record does not support the petitioner's claim that the prosecutor acted with the intent to provoke a mistrial and, therefore, there is no bar to a retrial on the ground of double jeopardy *(see, People v Ferguson,* 67 NY2d 383, 388; *People v Adames,* 83 NY2d 89; *People v Mitchell,* 197 AD2d 709). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.